In the Matter of the Petition of EDWARD ROBERTS to Vacate an Assessment.

(Argued April 15, 1884 ; decided April 22, 1884.)

*Moody B. Smith* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of GEORGE C. GENET for a Writ of Mandamus to the Collector of Arrears of Taxes of the City of Brooklyn.

(Argued April 15, 1884 ; decided April 22, 1884.)

*George C. Genet*, appellant, in person.

*Alfred E. Mudge* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

BUFFALO LUBRICATING OIL COMPANY (Limited), Appellant, *v.* CHARLES M. EVEREST, Impleaded, etc., Respondent.

(Submitted April 15, 1884 ; decided April 22, 1884.)

*Thomas Corlett* for appellant.

*Thomas G. Outerbridge* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.